MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:     MATTHEW L. SCHWARTZ
         JOSEPH N. CORDARO
Assistant United States Attorneys
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-1945
Fax: (212) 637-2750
E-mail:  matthew.schwartz@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE:

          DELPHI CORPORATION, *et al.*,

                    Debtors.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DELPHI CORPORATION, DELPHI
AUTOMOTIVE SYSTEMS LLC, and DELPHI
AUTOMOTIVE SYSTEMS SERVICES LLC,

                    Plaintiffs,

        - against -

THE UNITED STATES OF AMERICA,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. _____

Bankr. Case No. 05-44481 (RDD)
(Jointly Administered)

Adversary Proceeding
No. 08-01038

**NOTICE OF MOTION FOR AN ORDER WITHDRAWING THE REFERENCE**

       PLEASE TAKE NOTICE that upon this notice of motion and the

accompanying memorandum of law, the United States of America, by its attorney

Michael J. Garcia, United States Attorney for the Southern District of New York,

will move this Court at the United States Courthouse, 500 Pearl Street, New York,

New York 10007, for an Order pursuant to 28 U.S.C. § 157(d) and Federal Rule of

Bankruptcy Procedure 5011 withdrawing the reference to the United States

Bankruptcy Court for the Southern District of New York of this adversary

proceeding, as well as for such other relief as the Court deems just and proper.

Dated:      New York, New York
            May 13, 2008

                                      MICHAEL J. GARCIA
                                      United States Attorney for the
                                      Southern District of New York

By:    /s/ Matthew L. Schwartz
                                      MATTHEW L. SCHWARTZ
                                      JOSEPH N. CORDARO
                                      Assistant United States Attorneys
                                      86 Chambers Street
                                      New York, New York 10007
                                      Telephone: (212) 637-1945
                                      Facsimile: (212) 637-2750
                                      E-mail:  matthew.schwartz@usdoj.gov

2