## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2350
DIRECT FAX
(917) 777-2350
EMAIL ADDRESS
KAYALYN.MARAFIOTI@SKADDEN.COM

FIRM/AFFILIATE OFFICES
-----
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
-----
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

**MEMO ENDORSED**

May 30, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

**VIA FACSIMILE**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Motion To Withdraw Reference
      *Delphi Corporation v. United States (In re Delphi Corporation)*
      S.D.N.Y. Case No. 08 Civ. 4487 (PKC) (RLE)

Dear Judge Castel:

      We represent respondents Delphi Corporation, Delphi Automotive Systems LLC, and Delphi Automotive Systems Services LLC ("Respondents") with respect to the United States' Motion For An Order Withdrawing The Reference (the "Motion") filed in this Court on May 22, 2008. The Motion seeks to withdraw the reference of an adversary complaint filed by Respondents in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), which adversary complaint is related to the chapter 11 bankruptcy cases of Delphi Corporation and 41 of its affiliates, including Respondents. Respondents' time to respond to the Motion is on or about May 30, 2008. The parties have not made any prior request for an extension of the briefing schedule with respect to the Motion.

      The parties have conferred with respect to a modified briefing schedule and, subject to Court approval, have agreed as follows:

Honorable P. Kevin Castel
United States District Court
Southern District of New York
May 30, 2008
Page 2

*Application Granted. SO ORDERED.*
*[signature]*
*USDJ 5-30-08*

1. Respondents must file a response (the "Response") to the Motion by June 9, 2008.

2. Movant must file its reply, if any, to the Response by June 16, 2008.

We respectfully request that the Court approve the foregoing schedule.

Respectfully submitted,

*[signature]*

Kayelyn A. Marafioti

cc: Matthew L. Schwartz, AUSA, counsel for Movant (*via e-mail and regular mail*)
Joseph N. Cordaro, AUSA, counsel for Movant (*via e-mail and regular mail*)
Mary B. Hevener, Baker & McKenzie, co-counsel for Respondents (*via e-mail*)