| | |
|---|---|
| SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>(312) 407-0700<br>John Wm. Butler, Jr.<br>Albert L. Hogan, III<br>Ron E. Meisler | BAKER & MCKENZIE LLP<br>815 Connecticut Avenue, N.W.<br>Washington, D.C. 20006-4078<br>(202) 452-7080<br>Mary B. Hevener |

- and -

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, Delphi Automotive Systems LLC, and Delphi Automotive Systems Services LLC, Respondents

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                 :   08 Civ. 04487 (PKC)
      In re                                                      :
                                                                 :
DELPHI CORPORATION, et. al.,                                     :   Bankr. Case No. 05-44481 (RDD)
                                                                 :
                                                                 :
                  Debtors.                                       :   (Jointly Administered)
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                 :
DELPHI CORPORATION, DELPHI                                       :   Adversary Proceeding
AUTOMOTIVE SYSTEMS LLC, AND                                      :   No. 08-01038
DELPHI AUTOMOTIVE SYSTEMS                                        :
SERVICES LLC,                                                    :
                                                                 :
                  Plaintiffs,                                    :
                                                                 :
      - against -                                                :
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
                  Defendant.                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

<u>RESPONDENTS' CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Respondents Delphi Corporation, Delphi Automotive Systems LLC, and Delphi Automotive Systems Services LLC, non-governmental corporate parties in this civil proceeding, hereby certifies the following on behalf of Respondents:

<u>Parent Corporations</u>:

Respondent Delphi Corporation has no parent corporation.

Respondent Delphi Corporation is the parent corporation of Respondents Delphi Automotive Systems LLC and Delphi Automotive Systems Services LLC.

As of December 31, 2007, no publicly held companies owned 10% or more of Delphi Corporation's stock.

[signatures on next page]

1

Dated:  New York, New York
       June 9, 2008

                                 BAKER & MCKENZIE LLP

                                    Mary B. Hevener
                                    815 Connecticut Avenue, N.W.
                                    Washington, D.C. 20006-4078
                                    (202) 452-7080

                                       - and -

                                 SKADDEN, ARPS, SLATE, MEAGHER
                                      & FLOM LLP

                             By:  /s/ Albert L. Hogan, III
                                John Wm. Butler, Jr. (JB 4711)
                                Albert L. Hogan, III (AH 8807))
                                Ron E. Meisler (RM 3026)
                                333 West Wacker Drive, Suite 2100
                                Chicago, Illinois 60606
                                (312) 407-0700

                                     - and -

                                Kayalyn A. Marafioti (KM 9632)
                                Thomas J. Matz (TM 5986)
                                Four Times Square
                                New York, New York 10036
                                (212) 735-3000

                                Attorneys for Delphi Corporation, Delphi
                                Automotive Systems LLC, and Delphi
                                Automotive Systems Services LLC,
                                  Respondents