UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                      :

In re:                                      :        08 Civ. 4487 (PKC)
                                               :        ECF Case

DELPHI CORPORATION, *et al.*,        :
                                               :        **NOTICE OF APPEARANCE**
              Debtors.                :
                                               :        Electronically Filed
-----------------------------------------------------------------x
                                                 :

DELPHI CORPORATION, DELPHI      :
AUTOMOTIVE SYSTEMS LLC, AND    :
DELPHI AUTOMOTIVE SYSTEMS
SERVICES, LLC,                       :        Adversary Proceeding
                                               :        No. 08-01038
              Plaintiffs,              :

    - against -                     :

THE UNITED STATES OF AMERICA,  :

              Defendant.               :
-----------------------------------------------------------------x

TO:        Clerk of the Court
              United States District Court
              Southern District of New York

       The undersigned attorney respectfully requests the Clerk to enter his appearance in this case on behalf of appellant the United States of America, and to designate the undersigned as an attorney to whom notices of electronic filing will be transmitted in this case.

Dated: New York, New York
       June 13, 2008

                                            MICHAEL J. GARCIA
                                            United States Attorney for the
                                            Southern District of New York
                                            *Attorney for the United States of America*

By:                                   s/ Joseph N. Cordaro
                                            JOSEPH N. CORDARO
                                            Assistant United States Attorney
                                            86 Chambers Street, Third Floor
                                            New York, New York 10007
                                            Telephone: (212) 637-2745
                                            Facsimile: (212) 637-2686
                                            Email: joseph.cordaro@usdoj.gov