**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*86 Chambers Street, Third Floor*
*New York, New York 10007*

# MEMO ENDORSED

June 13, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08
```

**BY FACSIMILE (212) 805-7949**
The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

Re:   Delphi Corporation, et al. v. United States of America,
      08 Civ. 4487 (PKC) (RLE)

Dear Judge Castel:

This Office represents the United States (the "Government") in the above-titled matter. On May 22, 2008, the Government filed a motion to withdraw the reference of the adversarial proceeding filed by plaintiffs Delphi Corporation, Delphi Automotive Systems LLC, and Delphi Automotive Systems Services LLC (collectively "Delphi") in connection with a Chapter 11 proceeding in the United States Bankruptcy Court for the Southern District of New York. On June 9, 2008, Delphi filed its opposition papers in accordance with the agreed-upon modified briefing schedule for this motion, so-ordered by the Court on May 30, 2008.

The briefing schedule provides that the Government's reply papers are due on June 16, 2008. The Government respectfully requests an extension of this deadline to June 23, 2008. This extension is necessary because Matthew L. Schwartz, the lead Assistant United States Attorney assigned to this matter, became a parent yesterday. I have spoken to Kurt Ramlo, Esq., counsel for Delphi, who consents to this request. This is the second request for an adjournment of a deadline on the briefing of this motion, the first of which was granted.

*Application granted. SO ORDERED.*
*/s/ PKC USDJ*
*6-13-08*

Thank you for your consideration.

                       Respectfully,

                       MICHAEL J. GARCIA
                       United States Attorney

By:   _____
       JOSEPH N. CORDARO
       Assistant United States Attorney
       Telephone: (212) 637-2745
       Facsimile: (212) 637-2686
       Email: joseph.cordaro@usdoj.gov

cc:   Kurt Ramlo, Esq. (by facsimile 213-621-5628)
      Skadden, Arps, Slate, Meagher & Flom LLP
      300 South Grand Avenue
      Los Angeles, California 90071