SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
Albert L. Hogan, III
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

BAKER & MCKENZIE LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006-4078
(202) 452-7080
Mary B. Hevener

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08
```

Attorneys for Delphi Corporation, Delphi Automotive Systems LLC, and
Delphi Automotive Systems Services LLC, Respondents

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
In re                         :  08 Civ. 04487 (PKC)
                              :
DELPHI CORPORATION, et. al.,  :  Bankr. Case No. 05-44481 (RDD)
                              :
            Debtors.      :  (Jointly Administered)
                              :
------------------------------x
                              :
DELPHI CORPORATION, DELPHI    :  Adversary Proceeding
AUTOMOTIVE SYSTEMS LLC, AND   :  No. 08-01038
DELPHI AUTOMOTIVE SYSTEMS     :
SERVICES LLC,                 :
                              :
            Plaintiffs,   :  **ORDER FOR ADMISSION**
                              :  **PRO HAC VICE**
- against -                   :  **ON WRITTEN MOTION**
                              :
UNITED STATES OF AMERICA,     :
                              :
            Defendant.    :
------------------------------x

Upon the motion of Kayalyn A. Marafioti, attorney for Delphi Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Albert L. Hogan, III |
| Firm Name: | Skadden, Arps, Slate, Meagher and Flom LLP |
| Address: | 333 West Wacker Drive |
| City/State/Zip: | Chicago, Illinois  60606 |
| Telephone/Fax: | 312-407-0700 |
| | 312-407-0411 |
| Email Address: | Al.Hogan@skadden.com |

is admitted to practice pro hac vice as counsel for the Respondents in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated :    New York, New York
           June __, 2008

_____
United States District Judge
P. Kevin Castel