| | |
|---|---|
| SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois  60606<br>(312) 407-0700<br>John Wm. Butler, Jr.<br>Albert L. Hogan, III<br>Ron E. Meisler | BAKER & MCKENZIE LLP<br>815 Connecticut Avenue, N.W.<br>Washington, D.C.  20006-4078<br>(202) 452-7080<br>Mary B. Hevener |

- and -

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, Delphi Automotive Systems LLC, and
Delphi Automotive Systems Services LLC, Respondents

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et. al.,<br><br>          Debtors. | 08 Civ. 04487 (PKC)<br><br>Bankr. Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

------------------------------------x

| | |
|---|---|
| DELPHI CORPORATION, DELPHI<br>AUTOMOTIVE SYSTEMS LLC, AND<br>DELPHI AUTOMOTIVE SYSTEMS<br>SERVICES LLC,<br><br>          Plaintiffs,<br><br>- against -<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Adversary Proceeding<br>No. 08-01038<br><br><br><br>**MOTION TO ADMIT<br>COUNSEL PRO HAC VICE** |

------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kayalyn A. Marafioti, a member in good standing of the bar of this Court, hereby move for an order allowing the admission pro hac vice of

|   |   |
|---|---|
| Applicant's Name: | Kurt Ramlo |
| Firm Name: | Skadden, Arps, Slate, Meagher and Flom LLP |
| Address: | 300 South Grand Avenue, Suite 3400 |
| City/State/Zip: | Los Angeles, California 90071 |
| Phone Number: | 213-687-5000 |
| Fax Number: | 213-687-5600 |

Kurt Ramlo is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against Kurt Ramlo in any State or Federal court.

Dated:     New York, New York
           July 18, 2008

                          SKADDEN, ARPS, SLATE, MEAGHER
                          & FLOM LLP

                          By: /s/ Kayalyn A. Marafioti
                              Kayalyn A. Marafioti (KM 9632)
                              Thomas J. Matz (TM 5986)
                          Four Times Square
                          New York, New York 10036
                          (212) 735-3000

                          Attorneys for Delphi Corporation, et al.,
                              Debtors and Debtors-in-Possession

| | |
|---|---|
| SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois  60606<br>(312) 407-0700<br>John Wm. Butler, Jr.<br>Albert L. Hogan, III<br>Ron E. Meisler | BAKER & MCKENZIE LLP<br>815 Connecticut Avenue, N.W.<br>Washington, D.C.  20006-4078<br>(202) 452-7080<br>Mary B. Hevener |

   - and -

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, Delphi Automotive Systems LLC, and
Delphi Automotive Systems Services LLC, Respondents

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
In re                                                  :   08 Civ. 04487 (PKC)
                                                       :
DELPHI CORPORATION, et. al.,                           :   Bankr. Case No. 05-44481 (RDD)
                                                       :
            Debtors.                                   :   (Jointly Administered)
                                                       :
------------------------------x
                                                       :
DELPHI CORPORATION, DELPHI                             :   Adversary Proceeding
AUTOMOTIVE SYSTEMS LLC, AND                            :   No. 08-01038
DELPHI AUTOMOTIVE SYSTEMS                              :
SERVICES LLC,                                          :
                                                       :
            Plaintiffs,                                :
                                                       :
   - against -                                         :
                                                       :
UNITED STATES OF AMERICA,                              :
                                                       :
            Defendant.                                 :
------------------------------x

**AFFIDAVIT OF KAYALYN A. MARAFIOTI IN SUPPORT
OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York   )
                          ) ss:
County of New York )

KAYALYN A. MARAFIOTI, being duly sworn, deposes and says:

        1.        I am a member of the firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps") in New York, New York, counsel for Respondents in the above-captioned proceeding. I am familiar with the proceedings in this matter. I make this statement based on my personal knowledge of the facts set forth herein and in support of Respondents' motion to admit Kurt Ramlo as counsel pro hac vice to represent Respondents in this matter.

        2.        I am a member in good standing of the bar of the State of New York, and was admitted to practice law in this state in 1980. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

        3.        I have known Kurt Ramlo for 3-1/2 years.

        4.        Mr. Ramlo is a Counsel of Skadden, Arps in Los Angeles, California.

        5.        I have found Mr. Ramlo to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

        6.        Accordingly, I am pleased to move the admission of Kurt Ramlo, pro hac vice.

        7.        I respectfully submit a proposed order granting the admission of Kurt Ramlo, pro hac vice.

WHEREFORE I respectfully request that the motion to admit Kurt Ramlo, pro hac vice, to represent Respondents in the above-captioned matter, be granted.

_____
KAYALYN A. MARAFIOTI
SDNY Bar Code: (KM 9362)

Sworn to before me this
18th day of July 2008

_____
Notary Public

ELENE B. SILVA
Notary Public, State of New York
No. 01SI5033929
Qualified in New York County
Commission Expires Sept. 26, 2010

3

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

July 15, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KURT ERNEST RAMLO, #166856 was admitted to the practice of law in this state by the Supreme Court of California on December 13, 1993; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records


SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
Albert L. Hogan, III
Ron E. Meisler

BAKER & MCKENZIE LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006-4078
(202) 452-7080
Mary B. Hevener

- and -

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, Delphi Automotive Systems LLC, and Delphi Automotive Systems Services LLC, Respondents

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
In re                               :  08 Civ. 04487 (PKC)
                                    :
DELPHI CORPORATION, et. al.,        :  Bankr. Case No. 05-44481 (RDD)
                                    :
          Debtors.               :  (Jointly Administered)
                                    :
------------------------------------x
                                    :
DELPHI CORPORATION, DELPHI          :  Adversary Proceeding
AUTOMOTIVE SYSTEMS LLC, AND         :  No. 08-01038
DELPHI AUTOMOTIVE SYSTEMS           :
SERVICES LLC,                       :
                                    :
          Plaintiffs,            :  **ORDER FOR ADMISSION**
                                    :  **PRO HAC VICE**
   - against -                     :  **ON WRITTEN MOTION**
                                    :
UNITED STATES OF AMERICA,           :
                                    :
          Defendant.             :
                                    :
------------------------------------x

Upon the motion of Kayalyn A. Marafioti, attorney for Delphi Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

|                    |                                              |
|--------------------|----------------------------------------------|
| Applicant's Name:  | Kurt Ramlo                                   |
| Firm Name:         | Skadden, Arps, Slate, Meagher and Flom LLP   |
| Address:           | 300 South Grand Avenue, Suite 3400           |
| City/State/Zip:    | Los Angeles, California 90071                |
| Telephone/Fax:     | 213-687-5000                                 |
|                    | 213-687-5600                                 |
| Email Address:     | kurt.ramlo@skadden.com                       |

is admitted to practice pro hac vice as counsel for the Respondents in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated :   New York, New York
          July        , 2008

                                        _____
                                        United States District Judge
                                        P. Kevin Castel

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on July 18, 2008, I caused a true copy of the

- *Motion to Admit Counsel Pro Hac Vice* with the annexed *Affidavit of Kayalyn A. Marafioti in Support of Motion to Admit Counsel Pro Hac Vice* sworn to on the 18th day of July 2008 and *[Proposed]* **Order for Admission Pro Hac Vice on Written Motion**

to be served upon the following parties as indicated:

By Hand Delivery

Matthew Lane Schwartz, Esq.
U.S. Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007


Joseph Nicholas Cordaro, Esq.
U.S. Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007


Dated:  New York, New York
        July 18, 2008

_____
Steven Ray Katzenstein

1