```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

DELPHI CORPORATION, et al.

       Debtors in a Foreign Proceeding.        08 Civ. 4487 (PKC)
-----------------------------------------------------------x
DELPHI CORPORATION, et al.,

       Plaintiffs,

    v.
                                                          ORDER

UNITED STATES OF AMERICA
       Defendant.
-----------------------------------------------------------x
P. KEVIN CASTEL, U.S.D.J.

       Presently before me is a motion by the government to withdraw the reference. I conclude that mandatory withdrawal of the reference under 28 U.S.C. § 157(d) is necessary. Among the issues presented are whether CBA ratification payments are FICA-taxable wages and the applicability of Revenue Ruling 2004-109. The case presents substantial and material questions of non-bankruptcy federal statutory construction. The motion to withdraw the reference is GRANTED.

       Counsel for the parties are to meet and confer on settlement before September 9, 2008. By September 16, 2008, counsel, after conferring, shall submit a proposed schedule to bring this case to resolution.

       SO ORDERED.

                                                                P. Kevin Castel
                                                         United States District Judge

Dated: New York, New York
       August 8, 2008